

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotoucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellants' second motion for extension of time to file their brief is GRANTED. Appellants' brief is due on January 4, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court